UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: | Case No. 09-36926 |
| | Chapter 7 |
| Randy Jay Rysdam and Jeanette Brenda Rysdam, | |
| | ***ORDER GRANTING*** |
| Debtors. | ***MOTION FOR RELIEF FROM STAY*** |

_____

The above-entitled matter came before the Court on the motion of American Honda Finance Corporation seeking relief from the automatic stay of 11 U.S.C. §362. Based upon all of the files and records herein, the Court now finds that cause exists entitling American Honda Finance Corporation to the relief requested.

NOW, THEREFORE, IT IS HEREBY ORDERED that the automatic stay of 11 U.S.C. §362 is terminated as to American Honda Finance Corporation, and American Honda Finance Corporation is authorized to foreclose its interest in the subject 2008 Honda Civic, vehicle identification number JHMFA36238S009095 in accordance with nonbankruptcy law. Notwithstanding Fed R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: November 16, 2009    /e/ Dennis D. O'Brien
Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/17/2009*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk

313481